IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREYA KOSS | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :   Civil Action No. 13-cv-5208 |
| | : |
| UNITED STATES OF AMERICA | : |
| | : |
| Defendant | : |

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree to the

following:

1.  The United States of America is the only proper defendant in this case under the Federal Tort

    Claims Act, 28 U.S.C. § 2679(a).  Defendants Transportation Security Administration and

    John Doe are dismissed as parties.

2.  The caption shall be changed to reflect the United States as the sole defendant.

Respectfully submitted,

W. AUSTIN ALLEN, II, ESQUIRE
Law Offices of W. Austin Allen, II
755 York Road, Suite 204
Warminster, PA 18974
*Counsel for plaintiff*

SUSAN R. BECKER     1/16/14
SUSAN R. BECKER
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Counsel for federal defendant*

APPROVED AND SO ORDERED BY THE COURT:

HONORABLE THOMAS N. O'NEILL, JR.
*Senior Judge, United States District Court*

1/16/14