IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREYA B. KOSS | : | CIVIL ACTION |
| v. | : | |
| THE UNITED STATES | : | NO. 13-5208 |

O R D E R

AND NOW, TO WIT: this 23rd day of September, 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court

BY:  *s/Charles J. Ervin*
     Charles J. Ervin, Deputy Clerk